FILED

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SAMUEL N. REZENE, <br><br> Defendant - Appellant. | No. 24-3255 <br><br> D.C. No. 2:16-cr-00185-JLR-1 <br> Western District of Washington, Seattle <br><br> ORDER |

The motion (Docket Entry No. 35) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT